FILED

2014 OCT -2 PM 4: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. **CR 14 00580** |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1542: False Statement in Passport Application] |
| ODONGA KENYA RUSH, aka "Odonga Kenya Hayes," aka "Jonathan C. Hayes," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1542]

On or about March 10, 2012, in Los Angeles County, within the Central District of California, defendant ODONGA KENYA RUSH, also known as ("aka") "Odonga Kenya Hayes," aka "Jonathan C. Hayes" ("defendant RUSH"), willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in

that, in such application, executed by defendant RUSH at the Los

Angeles Passport Agency in Los Angeles, California, in the name of

Odonga Kenya Hayes, defendant RUSH stated that he never before had

applied for or been issued a U.S. Passport Book, whereas, in truth

and in fact, as defendant RUSH then knew, he had applied for a U.S.

Passport Book in 2002 and 2009, and had been issued a U.S. Passport

Book in 2002.

A TRUE BILL

/s/
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

ROZELLA A. OLIVER
Assistant United States Attorney
Chief, General Crimes Section

ERIK M. SILBER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SCOTT D. TENLEY
Assistant United States Attorney
General Crimes Section