```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 APR - 8 2015

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-580-SJO |
|---|---|
| Plaintiff, | VERDICT FORM |
| v. | |
| ODONGA KENYA RUSH, | |
| Defendant. | |

We, the jury in the above-captioned matter, unanimously find defendant ODONGA KENYA RUSH:

    __X__    NOT GUILTY

    _____    GUILTY

of the offense of making a false statement in an application for a United States passport, namely, that defendant stated that he had not applied for, or been issued, a U.S. Passport Book, as charged in the indictment.

*REDACTED AS TO FOREPERSON SIGNATURE*

DATED: April 8, 2015          , at Los Angeles, California.